IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-49-F

| | | |
|---|---|---|
| JOYCE LONEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HSBC CARD SERVICES, CAPITAL ONE | ) | |
| SERVICES LLC, CALVARY PORTFOLIO | ) | |
| SERVICES, FINANCIAL RECOVERY, | ) | |
| CAPITAL MANAGEMENT, and | ) | |
| EQUIFAX INFORMATION SERVICE, | ) | |
| WORTHMORE FINANCIAL, INC., d/b/a | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion for Order of Dismissal of Defendant Cavalry Portfolio Services [DE-24] filed by the *pro se* Plaintiff Joyce Loney, which the court construes as a motion for voluntary dismissal pursuant to Rule 41(a)(2). Given Defendant Cavalry Portfolio Services' previous notification of settlement of this matter [DE-11] and Plaintiff's request that her claims against this defendant be dismissed with prejudice, the motion is ALLOWED, and Plaintiff's claims against Calvary Portfolio Services are DISMISSED with prejudice.

SO ORDERED.

This the 7 day of April, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge