IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-49-F

| | |
|---|---|
| JOYCE LONEY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HSBC CARD SERVICES, CAPITAL ONE ) | |
| SERVICES LLC, CALVARY PORTFOLIO ) | |
| SERVICES, FINANCIAL RECOVERY, ) | |
| CAPITAL MANAGEMENT, and ) | |
| EQUIFAX INFORMATION SERVICE, ) | |
| Defendants. ) | |

This matter is before the court on the Motion for Order of Dismissal of Defendant Equifax Information Service [DE-35] filed by the *pro se* Plaintiff Joyce Loney, which the court construes as a motion for voluntary dismissal pursuant to Rule 41(a)(2). Given that no party has responded in opposition to the motion, and that Plaintiff requests her claims against this defendant be dismissed with prejudice, the motion is ALLOWED. Plaintiff's claims against Equifax Information Service are DISMISSED with prejudice.

SO ORDERED.

This the 25 day of July, 2014.

_____
JAMES C. FOX
Senior United States District Judge