# EXHIBIT B

**From:** Joyce Loney <jloney2012@gmail.com>
**Sent:** Wednesday, March 19, 2014 4:03 PM
**To:** Caren Enloe
**Subject:** Re: Loney v. HSBC, et al [IWOV-MMMDMS1.24595.98103]

I agree to all.

Thank you,

Joyce Loney

On Wed, Mar 19, 2014 at 3:51 PM, Caren Enloe <CEnloe@mmmlaw.com>wrote:

> Mrs. Loney:
>
> We represent Financial Recovery regarding the above matter which was removed to federal court on Friday. Our Answer is currently due Friday. Additionally, you included the service of discovery with the complaint. We are going to file a motion for extension of time to respond to the complaint and seek a 30 day extension. May I reflect your consent as to the same?
>
> Also regarding the discovery, since the case is now pending in federal court, no discovery can be undertaken until the parties have had their 26f conference. As we have done in other matters with you and your husband, I'd suggest we agree to the discovery responses being due 30 days from the date of the 26f conference. Is that agreeable to you?
>
> 
>
> **Caren D. Enloe**
> Morris, Manning & Martin, LLP
> 1000 Park Forty Plaza
> Suite 350
> Durham, NC 27713
> Direct: 919.433.2821
> Fax: 919.806.2057
> cenloe@mmmlaw.com
>
> *Please consider the environment before printing this email.*
> For information on Morris, Manning & Martin, LLP, please visit www.mmmlaw.com or http://twitter.com/mmm_law.
> This e-mail message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.
> TREASURY DEPARTMENT CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or

(ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.