UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOYCE LONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| HSBC CARD SERVICES, CAPITAL ) | No. 7:14-CV-49-F |
| ONE SERVICES, LLC, CALVARY ) | |
| PORTFOLIO SERVICES, FINANCIAL ) | |
| RECOVERY, CAPITAL ) | |
| MANAGEMENT, and EQUIFAX ) | |
| INFORMATION SERVICE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated 4/7/2014, Defendant Calvary Portfolio Services' Motion to Dismiss [DE-24] is ALLOWED, and Plaintiff's claims against Defendant are DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that pursuant to the court's order dated 7/28/2014, Defendant Equifax Information Service's Motion to Dismiss [DE-35] is ALLOWED, and Plaintiff's claims against Defendant are DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that pursuant to the court's order dated 12/19/2014, Defendant Capital Management's Motion to Dismiss [DE-32] is ALLOWED and Plaintiff's claims against Defendant are DISMISSED.

**IT IS FURTHER ORDERED** that pursuant to the court's order dated 6/10/2015, Defendant Financial Recovery's Motion for Judgment on the Pleadings [DE-40] is ALLOWED and Plaintiff's claims against Defendant are DISMISSED.

**This Judgment Filed and Entered on June 11, 2015, and Copies To:**

Joyce Loney (via U.S. Mail)
Bryce R. Lowder (via CM/ECF electronic notification)
Sean R. Higgins (via CM/ECF electronic notification)
Jonathan Kyle Aust (via CM/ECF electronic notification)
Caren D. Enloe (via CM/ECF electronic notification)
Christopher M. Hinnant (via CM/ECF electronic notification)
David Glen Guidry (via CM/ECF electronic notification)
J. Anthony Love (via CM/ECF electronic notification)


| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| June 11, 2015 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |